| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry, Chapter 13 Trustee<br>Masako Okuda (SBN 247925)<br>1000 Wilshire Boulevard, Suite 870<br>Los Angeles, CA 90017<br>TEL: (213) 689-3014<br>Email: inquiries@trusteecurry.com<br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LEOPOLDO GUTIERREZ,<br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-15166-VZ<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on  09/29/2023  as docket entry number   46   , recommends:

☐ APPROVAL

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1        **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

☒ APPROVAL on the following conditions:

The new plan payment must be $2,162/mo starting September 2023.

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.
☐ Set for hearing.

Date: 10/02/2023                                                                    /s/ Masako Okuda,    Attorney for Nancy Curry
                                                                                     Chapter 13 trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 2         **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1000 WILSHIRE BLVD, SUITE 870
LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS OR OBJECTION:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/02/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/02/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor -   Leopoldo Gutierrez
826 East 21st Street
Long Beach, CA 90806

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/02/2023 | Carlos Robles | /s/ Caros Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3015-1.13.TRUSTEE.COMMENT.GENRL

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- Theron S Covey    tcovey@raslg.com, sferry@raslg.com
- Sheryl K Ith    sith@cookseylaw.com
- JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
- Arvind Nath Rawal    arawal@aisinfo.com
- Tyson Takeuchi    tyson@tysonfirm.com, albert@tysonfirm.com;armen@tysonfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Fanny Zhang Wan    fwan@raslg.com
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com